UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MICHAEL ROGERS,

                                  Plaintiff,    **NOTICE OF APPEARANCE**

                -against-

THE CITY OF NEW YORK, ET AL.              07 CV 2808

                               Defendants.

-------------------------------------------------------------- x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel for the plaintiff in this case for Cynthia Conti-Cook, Esq. I certify that I am admitted to practice in this court.

July 11, 2007

                                              */s/ Cynthia Conti-Cook*
                                              By:  Cynthia Conti-Cook
                                              Bar #CC0778
                                              Stoll & Glickman, L.L.P.
                                              71 Nevins Street
                                              Brooklyn, NY 11217
                                              718.852.3710
                                              F: 718.852.3586