UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL ROGERS,

        Plaintiff,

v.

CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07

**Order**

07 Civ. 2808 (LBS)

SAND, J.,

The Court hereby orders that the arrest records of the two co-defendants who were arrested simultaneously with plaintiff, Deidre Cooper (Arrest #K03603425) and Kareem McClain (Arrest #K06603131), be unsealed. The Court also orders that the arrest record of the plaintiff, Michael Rogers, be unsealed.

SO ORDERED.

Dated: November __, 2007
New York, NY

_____
U.S.D.J.