**MEMO ENDORSED**

# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

> *memo endorsed!*
>
> This Court's order of 11/19/07 is amended to add the following: Plaintiff, on consent, may amend his complaint to add as defendants Officers Bagley and Moody.
>
> So ordered.
>
> 11/19/07
> USDJ

Honorable Judge Leonard Sand
U.S. District Court, SDNY
500 Pearl Street Room 1650
New York, Ny 10007
VIA FACSIMILE: 212-805-7919

November 19, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07
```

Re: <u>Michael Rogers v. City of New York et al</u>. 07 CV 2808

Your Honor,

I am plaintiff's counsel in the above-referenced matter. I am writing in regards to the order summarizing the teleconference last Thursday, November 15 at 12:30 P.M. Plaintiff requested, with defendants' consent, permission to amend his complaint to add officers Bagley and Moody. The Court's order on this request, granting plaintiff permission to amend by November 23, was not included in the written order issued today.

Plaintiff reiterates his request for permission to amend his complaint to add officers Bagley and Moody.

Thank you for your attention to this matter.

Sincerely Yours,

Cynthia Conti-Cook, #CC0778
Associate, Stoll Glickman & Bellina L.L.P.

CC:
ACC Steve Stavridis
100 Church Street
New York NY 10007
VIA FACSIMILE: 212-788-9776



**MEMO ENDORSED**