UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

MICHAEL ROGERS,

    Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, COMMANDING OFFICER
DEPUTY INSPECTOR ROBERT BROWER, POLICE
OFFICER RICHARD SHELTON SHIELD #7912,
POLICE OFFICER CLINT MOODY, SHIELD #03346,
SERGEANT REGINALD BAGLEY, SHIELD #00233,
POLICE OFFICERS JOHN DOE #1-4,

    Defendants

---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY MAIL**

Docket No.: 07 CV 2808

STATE OF NEW YORK
COUNTY OF KINGS    ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **November 30, 2007** I served a **First Amended Complaint and Jury Demand** upon **Police Officer Clint Moody**, the **defendant** in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the **defendant** at:

        **Police Officer Clint Moody**
        **79TH Precinct**
        **Detective Squad**
        **263 Tompkins Avenue**
        **Brooklyn, NY 11221**

        Signature: _Nicole Sherrod_
                        Nicole Sherrod

Sworn to before me this ___ day of _November_ 2007

_____
Notary Public or Court Employee

ANDREW B. STOLL
NOTARY PUBLIC, State of New York
No. 02ST6103565
Qualified in Kings County
Commission Expires January 20, 200_

CIV-GP-11 (March 2001)-1

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MICHAEL ROGERS

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, COMMANDING OFFICER DEPUTY INSPECTOR ROBERT BROWER, POLICE OFFICER RICHARD SHELTON SHIELD #7912, POLICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07CV2808

TO: (Name and address of defendant)

Police Officer Clint Moody, Shield # 03346
79 Precinct
Detective Squad
263 Tompkins Avenue
Brooklyn NY 11221

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

_[signature]_
(BY) DEPUTY CLERK

DATE: NOV 20 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| NAME OF SERVER (PRINT) Ted Braunstein | DATE 11-29-07 |
|---|---|
| | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at Defendants place of business 263 Tompkins Ave. 79 pct to OFFCR Moody # 03396

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-30-07
          Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.