AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MICHAEL ROGERS

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, COMMANDING OFFICER DEPUTY INSPECTOR ROBERT BROWER, POLICE OFFICER RICHARD SHELTON...

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

Sergeant Reginald Bagley, Shield #00233
Patrol Borough Brooklyn North Narcotics
179 Wilson Avenue
Brooklyn NY 11237

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: NOV 20 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

| NAME OF SERVER (PRINT) | DATE |
|---|---|
| Ted Braunstein | 12-04-07 |
| | TITLE |
| | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at defendants place of Business to Def. Jean-Baptiste at 4:40 PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-04-07
                Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.