UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MICHAEL ROGERS,

Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, COMMANDING OFFICER
DEPUTY INSPECTOR ROBERT BROWER, POLICE
OFFICER RICHARD SHELTON SHIELD #7912,
POLICE OFFICER CLINT MOODY, SHIELD #03346,
SERGEANT REGINALD BAGLEY, SHIELD #00233,
POLICE OFFICERS JOHN DOE #1-4,

Defendants

-------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE BY MAIL**

Docket No.: 07 CV 2808

STATE OF NEW YORK
COUNTY OF KINGS     ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **December 05, 2007** I served a **First Amended Complaint and Jury Demand** upon **Sergeant Reginald Bagley**, the **defendant** in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the **defendant** at:

Sergeant Reginald Bagley
Patrol Borough Brooklyn North Narcotics
245 Glenmore Avenue
Brooklyn, NY 11207

Signature: _____
Nicole Sherrod

Sworn to before me this 5 day of _____ 2007

_____
Notary Public or Court Employee

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

CIV-GP-11 (March 2001)-1