```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-26-08
```

Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL ROGERS,

          Plaintiff,

   -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, COMMANDING OFFICER
DEPUTY INSPECTOR ROBERT BROWER, POLICE
OFFICER RICHARD SHELTON SHIELD #7912,
POLICE OFFICERS JOHN DOE #1-4,

          Defendants.

------------------------------------------------------------X

STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE

07 CV 2808 (RWS) LBS

  **WHEREAS**, plaintiff commenced this action by filing a complaint on or about April 6, 2007 alleging that defendants violated his federal civil and state common law rights; and

  **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

  **WHEREAS**, the parties now desire to resolve the issues raised in their litigation, without further proceedings and without admitting any fault or liability; —

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

  1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

  2. Defendants hereby agree to pay plaintiff the total sum of TEN THOUSAND DOLLARS ($10,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the defendants, and to release defendants and any

present or former employees or agents of the New York City Police Department and the City of New York, and their successors or assigns, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       March 3, 2008

_____
Cynthia Conti-Cook, Esq.
Attorney for Plaintiff
71 Nevins Street
Brooklyn, New York 11217
(718) 852-3710

_____
By: Steve Stavridis, Esq.
Assistant Corporation Counsel to:
MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-159
New York, New York 10007
(212) 788-8698

SO ORDERED:

_____
U.S.D.J.
3/26/08

- 3 -